**Exhibit A:** Google Earth aerial image of East Volkman Site, imagery dated May 22, 2022. The red lines indicate the approximate property boundary of East Volkman Site. The blue lines indicate the current locations of Channel 1, Channel 2, and Channel 3.

