**Exhibit B:** Google Earth aerial image of East Volkman Site, imagery dated February 11, 2018. Imagery depicts East Volkman 57 Site before modifications of Channel 1, Channel 2, and Channel 3. The blue lines highlight Channel 1, Channel 2, and Channel 3. The red lines indicate the approximate property boundary of East Volkman Site.

