**Exhibit C:** United States Geologic Survey Topographic Map depicting hydrologic connection from the East Volkman Site and Old Highway 57 Site to Bluegrass Creek. The red square indicates the approximate location of the East Volkman Site. The blue square indicates the approximate location of the Old Highway 57 Site. The red line indicates the unnamed tributary that drains the East Volkman Site. The blue line indicates the unnamed tributary that drains the Old Highway Site. The green line indicates Bluegrass Creek.

