**Exhibit D:** United States Geologic Survey Topographic Map depicting hydrologic connection from the East Volkman Site and Old Highway 57 Site to Pigeon Creek. The red line indicates the unnamed tributary that drains the East Volkman Site. The blue line indicates the unnamed tributary that drains the Old Highway Site. The green line indicates Bluegrass Creek. The grey circle indicates the confluence of Bluegrass Creek and Pigeon Creek.

