**Exhibit E:** Google Earth aerial image of Old Highway 57 Site, imagery dated May 11, 2022. The red lines indicate the approximate boundary of Old Highway 57 Site. The blue line indicates Channel A.

