**Exhibit F:** Google Earth aerial image of Pigeon Creek Site, imagery dated March 14, 2014. Imagery depicts Pigeon Creek Site before modifications to the Pigeon Creek tributary and the floodplain adjacent to Pigeon Creek. The red lines indicate the approximate property boundary of Pigeon Creek Site. The blue line indicates the unnamed tributary of Pigeon Creek. The translucent white area indicates the approximate location of the wetland abutting Pigeon Creek.

