**Exhibit G:** Google Earth aerial image of Gibson County Site, imagery dated May 11, 2022. The red lines indicate the approximate property boundary of Site 2. The blue lines indicate the current locations of Channel B and the Newman Lateral.

