**Exhibit H:** United States Geologic Survey Topographic Map depicting hydrologic connection from Channel B to Big Creek at the Gibson County Site. The red line indicates the original location of Channel B. The blue line indicates the Newman Lateral. The green line indicates Big Creek.

