**Exhibit I:** United States Geologic Survey Topographic Map depicting hydrologic connection from the Gibson County Site to the Wabash River. The red box indicates the approximate location of the Gibson County Site. The blue line indicates the Newman Lateral. The green line indicates Big Creek. The yellow line indicates the Wabash River.

