UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    No. 3:24-cv-00214-MPB-CSW
                                    )
JASON SCHMITT, et al.,              )
                                    )
        Defendants.                 )

**ORDER ON MOTION TO STAY PROCEEDINGS
PENDING SETTLEMENT DISCUSSIONS**

The Court, having reviewed the parties' Joint Motion to Stay Proceedings

Pending Settlement Discussions, and being duly advised in the premises hereby

GRANTS the Motion. (Dkt. No. 53).

IT IS THEREFORE ORDERED that all future deadlines in the Amended

Case Management Plan, (Dkt. No. 49), are **stayed**, and the parties are **directed** to

file a joint status report by **July 31, 2026**, informing the Court of the status of their

settlement discussions.

**SO ORDERED.**

Date:  March 23, 2026

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.