**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON SCHMITT, TARA SCHMITT, JAMES SCHMITT, and ANITA SCHMITT,

Defendants.

Civil Action No. 3:24-cv-214

**JOINT STATUS REPORT**

Pursuant to the Court's March 23, 2026, Order, Plaintiff United States of America and Defendants Jason Schmitt, Tara Schmitt, James Schmitt, and Anita Schmitt, through their respective counsel, update the Court as to the status of settlement discussions. ECF No. 54.

Since the parties met in person and visited the four sites identified in the United States' Complaint on April 16, 2026, the parties have engaged in several videoconference discussions regarding possible restoration options for the water features identified in the Complaint. *See* ECF No. 56. On May 26, the United States, through its experts at the U.S. Environmental Protection Agency and outside experts, shared with the Defendants the restoration options that could resolve the Clean Water Act claims on some of the sites and requested that the Defendants propose a restoration plan for EPA's review. Counsel for the Defendants and the United States have conferred on the status of the Defendants' proposed restoration plan, and Defendants are making progress toward proposing a plan for EPA's review.

Given that settlement discussions are moving forward, albeit slower than the United

States' expectation, the parties respectfully request that the Court continue to stay this case and propose having a telephonic status conference on or around December 4, 2026, to update the court on settlement discussions.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ *Jin Hyung Lee*
Jin Hyung Lee
United States Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044
Tel: (202) 598-7264

*Counsel for the United States*

Dated: July 31, 2026

/s/ *Amy E. Romig*
Amy E. Romig, #22523-49
Jonathan P. Emenhiser, #22348-01
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202-2415
Tel: 317.637.0700
Fax: 317.534.3765
aromig@psrb.com
jemenhiser@psrb.com

*Counsel for Defendants Jason Schmitt, Tara Schmitt, James Schmitt, and Anita Schmitt*

Dated: July 31, 2026

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing Joint Status Report using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jin Hyung Lee*
JIN HYUNG LEE

*Counsel for the United States*